## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| Ron Alwan, ) | |
| ) | Case No. 19 CV 1358 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| City of LeRoy, et al., ) | |
| ) | |
| Defendants. ) | |

### Stipulation of Dismissal

Plaintiff Ron Alwan, through his attorneys, Defendants Williamson and City of LeRoy, through their attorneys, and Defendants McClean County, McClean County Sheriff's Department, and Unknown McClean County Sheriff's Deputies, through their attorneys, stipulate that this matter is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(ii) and state:

1. Plaintiff has timely brought claims against Defendants pursuant to 42 U.S.C. § 1983.
2. Plaintiff seeks to voluntarily dismiss all claims without prejudice pursuant to Rule 41(a).
3. Plaintiff retains the right to re-file this litigation within one year of the date this litigation is dismissed. *See Palka v. City of Chicago*, 662 F.3d 428 (7th Cir. 2011); 735 ILCS 5/13-217.
4. All parties are responsible for their own expenses.

Respectfully submitted,

Attorney for the Plaintiff
*/s/ Shawn W. Barnett*
Attorney No. 6312312

Hale & Monico, LLC
53 West Jackson, Suite 337
Chicago, IL 60604
Halemonico.com
(312) 870-6905

Attorney for Defendants City of LeRoy and
 Chief Jason Williamson
*/s/ Michael J. Victor*
Attorney No. 6297846

Attorney for Defendants McClean County, McClean County Sheriff's Department
Carrie L. Haas (by agreement)
Dunn Law Firm, LLP
1001 N. Main Street, Suite A
Bloomington, Illinois 61701
Ph:  (309) 828-6241
Fax: (309) 828-8321
CLH@dunnlaw.com

## **Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel of record.

*/s/ Shawn W. Barnett*
